| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

ANTHONY RODDEN, §
§
    Petitioner, §
§
versus § CIVIL ACTION NO. 1:22-CV-238
§
WARDEN, FCI BEAUMONT, §
§
    Respondent. §

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Petitioner Anthony Rodden, a federal prisoner confined in Beaumont, Texas, proceeding *pro se*, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On December 22, 2022, the magistrate judge entered a Report and Recommendation in which she recommended denying Respondent's Motion to Dismiss. To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#8) is **ADOPTED**. Respondent's Motion to Dismiss (#4) is **DENIED**. Respondent shall answer the Petition within thirty days of this Order.

SIGNED at Beaumont, Texas, this 6th day of February, 2023.

*Marcia A. Crone*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE